IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IGOR TERNOVSKY,**

    **Plaintiff,**

                          **Civil Action 2:13-cv-276**
    **v.**                            **JUDGE GREGORY L. FROST**
                          **Magistrate Judge Elizabeth P. Deavers**

**JON HUSTED,**

    **Defendant.**

## ORDER

    This matter is before the Court for consideration of the United States Magistrate Judge's April 18, 2013 Report and Recommendation. (ECF No. 3.) The Magistrate Judge conducted an initial screen of Plaintiff's Complaint as required by 28 U.S.C. § 1915(e)(2) and recommended that the Court dismiss this action without prejudice for lack of subject-matter jurisdiction.

    The Report and Recommendation specifically advises Plaintiff that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to de novo review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court." (Report and Recommendation 5, ECF No. 3.) The time period for filing objections to the Report and Recommendation has expired. Plaintiff has not objected to the Report and Recommendation.

    The Court has reviewed the Report and Recommendation. Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation. Accordingly, the Court **DISMISSES** this action without prejudice

for lack of subject-matter jurisdiction.

**IT IS SO ORDERED.**

   /s/ Gregory L. Frost
GREGORY L. FROST
UNITED STATES DISTRICT JUDGE